**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Tariq RASHID, Petitioner**

**No. 225 EAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Davis SMITH, Petitioner**

**No. 107 EAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jorge M. NELSON, Petitioner**

**No. 67 EAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM·

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.